

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 7, 2020**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

----------------------------------------------------------------x
*In re*                                                            :    Chapter 11
                                                                    :
HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]    :    Case No. 19-34054-sgj11
                                                                    :
Debtor.                                                            :
----------------------------------------------------------------x

### ORDER GRANTING UBS'S MOTION
### FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3018

Upon consideration of *UBS's Motion for Temporary Allowance of Claims for Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018* [Docket No. 1338] (the "**3018 Motion**"), regarding Proofs of Claim Nos. 190 and 191, filed by UBS Securities LLC and UBS AG, London Branch (together "**UBS**"), respectively (the "**UBS Claims**"); and this Court finding that this is a core proceeding, that the Court has jurisdiction over this matter, that venue is proper,

---

[1] The last four digits of Debtor's taxpayer identification number are 6725. The headquarters and service address for the Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

1

and that sufficient notice of the 3018 Motion has been given to all parties requiring notice; and this Court having reviewed the 3018 Motion and documents filed in support of the 3018 Motion; and this Court having reviewed the objections to the 3018 Motion filed by (i) the Debtor [Docket No. 1404] and (ii) the Redeemer Committee of the Highland Crusader Fund and the Crusader Funds [Docket No. 1409] (together, the "**Objections**") and documents filed in support of the Objections; and this Court having held an evidentiary hearing on November 20, 2020, where the Court determined that the legal and factual bases set forth in the 3018 Motion, the Objections, and at the hearing establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The 3018 Motion is **GRANTED** to the extent set forth herein.

2. The UBS Claims are collectively **ALLOWED**, on a temporary basis and for voting purposes only, in the amount of $94,761,076.

3. The Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

### ### END OF ORDER ###

**Agreed as to form:**

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
Robert J. Feinstein (NY Bar No. 1767805)
Alan J. Kornfeld (CA Bar No. 130063)
Elissa A. Wagner (CA Bar No. 213589)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
  rfeinstein@pszjlaw.com
  akornfeld@pszjlaw.com
  ewagner@pszjlaw.com
  gdemo@pszjlaw.com

and

**HAYWARD & ASSOCIATES PLLC**
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

**FROST BROWN TODD LLC**
Mark A. Platt, Esq.
Texas Bar No. 00791453
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Tel: 214-545-3474
Fax: 214-545-3473
Email: mplatt@fbtlaw.com

and

**JENNER AND BLOCK, LLP**
Terri L. Mascherin
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
Email: TMascherin@jenner.com

Marc B. Hankin
919 3rd Avenue,
New York, NY 10022
(212) 891-1647
Email: MHankin@jenner.com

*Counsel for the Redeemer Committee of the Highland Crusader Fund and the Crusader Funds*

3

**LATHAM & WATKINS LLP**

By */s/ Sarah Tomkowiak*

Andrew Clubok (*pro hac vice*)
Sarah Tomkowiak (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
　　　　sarah.tomkowiak@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
Kimberly A. Posin (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
　　　　kim.posin@lw.com

**BUTLER SNOW LLP**
Martin Sosland (TX. Bar No. 18855645)
Candice M. Carson (TX. Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
E-mail: martin.sosland@butlersnow.com
　　　　candice.carson@butlersnow.com

*Counsel for UBS Securities LLC and UBS AG, London Branch*